STATE v. GARNER

No. 44P00

Case below: 136 N.C.App. 1

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 April 2000. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 2000.

STATE v. HEADEN

No. 92P00

Case below: 130 N.C.App. 613

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 2000.

STATE v. JOHNSON

No. 470P99

Case below: 134 N.C.App. 734

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 2000.

STATE v. JONES

No. 497A93-3

Case below: Duplin County Superior Court
351 N.C. 365

Motion by defendant to reconsider the denial of the PWC-S in light of the grant of certiorari in *State v. Blanche Moore* dismissed 6 April 2000.

STATE v. KEEL

No. 134A93-7

Case below: Edgecombe County Superior Court

Motion by defendant for reconsideration of petition for writ of certiorari dismissed 6 April 2000 and remanded to the Superior Court for reconsideration in light of decision today in *State v. Marvin Earl Williams, Jr.*